



# MEMORANDUM OPINION

No. 04-11-00323-CR

**IN RE** Jason **MIEARS**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
Karen Angelini, Justice
Marialyn Barnard, Justice

Delivered and Filed:  May 25, 2011

PETITIONS FOR WRIT OF MANDAMUS DENIED

On May 5, 2011, relator Jason Miears filed two petitions for writ of mandamus.  The court has considered relator's petitions and is of the opinion that relator is not entitled to the relief sought.  Accordingly, the petitions for writ of mandamus are DENIED.  *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

DO NOT PUBLISH

---

[1] This proceeding arises out of Cause Nos. 2009-CR-6566, 2009-CR-6567, 2009-CR-6568, and 2009-CR-6569, styled *State of Texas v. Jason Miears*, pending in the 379th Judicial District Court, Bexar County, Texas, the Honorable Ron Rangel presiding.